In the Matter of THE CITY OF NEW YORK, Appellant, Relative to Acquiring Title to Real Property Required for the Opening and Extending of Northern Boulevard in the Borough of Queens.

KOPPERS COMPANY, Respondent.

Submitted February 27, 1939; decided March 7, 1939.

*William C. Chanler, Corporation Counsel* (*Julius Isaacs* and *Joseph F. Mulqueen, Jr.,* of counsel), for motion.

No one opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground appeal lies as of right.